**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
DAVID ROJAS                                              CASE NO.: 6:14-bk-12973-KSJ
MARGARITA ROJAS                                          CHAPTER 13
Debtor(s)
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Order Sustaining Objection to Claim No 4, 5, and 7 of Calvary SPV I LLC (Docket No 32) of has been furnished electronically to: Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 13th day of April 2015 to: Cavalry SPV I LLC, c/o Bass & Associates PC, Attn: Susan Karder/Bankruptcy Manager, 3936 E Ft. Lowell Road Suite #200 Tucson, AZ 85712Cavalry SPV I LLC, Attn: Tracyan Frame/Bankruptcy Manager, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595; Cavalry SPV I LLC, Attn: Tracyan Frame/Bankruptcy Manager, PO Box 27288, Tempe, AZ 85282; Capital One, Attn: Bankruptcy Manager, PO Box 85520, Richmond, VA 23285; and to the Debtors, David & Margarita Rojas, 1188 Cambourne Drive, Kissimmee, FL 34758.

      /s/ Brian M. Mark
      Brian M. Mark, Esquire
      Florida Bar No. 134207
      MARK & BROWN, P.A.
      5728 Major Blvd., Ste. 502
      Orlando, FL 32819
      Tel.: (407) 932-3933
      Fax: (407) 932-3965
      Attorney for Debtors